In re Meyers, Willie a/k/a; Myers, Willie;- — Plaintiff(s); Applying for Supervisory and/or Remedial Writs, Parish of Orleans, Criminal District Court Div. F, No. 333-871; to the Court of Appeal, Fourth Circuit, No. 2003-K-1383.
Denied. Untimely, non-cognizable, and repetitive. La.C.Cr.P. art. 930.8; State ex rel Glover v. State, 93-2330 (La.9/5/95), 660 So.2d 1189; La.C.Cr.P. art. 930.3; State ex rel. Melinie v. State, 93-1380 (La.1/12/96), 665 So.2d 1172; cf. La. C.Cr.P. art. 930.4(D).